

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2025

No. 04-24-00170-CR

**EX PARTE** Khalondre Daryl-Lamont **HASKINS**, Sr.

From the County Court, Kinney County, Texas
Trial Court No. 14836CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

In accordance with this court's opinion of this date, we **DISMISS** Khalondre Daryl-Lamont Haskins Sr.'s appeal.

It is so **ORDERED** on September 17, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court